■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE ADAMS, Appellant.—Judgment, Supreme Court, New York County, rendered on November 8, 1974, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lupiano, Fein, Markewich and Yesawich, JJ.